No. 20-7185

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

EMMANUEL KING SHAW,
*Plaintiff-Appellant*,

v.

T. S. FOREMAN, Unit Manager; M. MURPHY, Unit Manager;
T. LEABOUGH, Hearings Officer; N. LEACH, Counselor;
and F. L. ADAMS, Lieutenant,
*Defendants-Appellees*.

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 1:18-cv-01286-CMH-IDD
Hon. Claude M. Hilton

**UNOPPOSED MOTION BY PLAINTIFF-APPELLANT
TO EXTEND TIME FOR FILING OPENING BRIEF AND APPENDIX**

Plaintiff-Appellant respectfully moves the Court for an extension of time to file his opening brief and appendix. To support this motion, undersigned counsel, Daniel S. Severson, states that he was assigned as counsel on March 9, 2022, and needs additional time to review the record and the pleadings in the district court and prepare the opening brief and appendix. Pursuant to the Briefing Order established by the Court on March 9, the opening brief and appendix currently are due to be filed by April 18. Counsel has conferred with opposing counsel, who has agreed to a requested 30-day extension.

For this reason, Plaintiff-Appellant respectfully requests an extension of time up to and including May 18, 2022, to file his opening brief and appendix.

Respectfully submitted,

/s/ *Daniel S. Severson*
DANIEL S. SEVERSON
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
dseverson@kellogghansen.com

*Counsel for Plaintiff-Appellant*

March 18, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, an electronic copy of the foregoing motion was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system. Participants in the case who are CM/ECF users will be served by the appellate CM/ECF system.

/s/ Daniel S. Severson

KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.

*Counsel for Plaintiff-Appellant*